UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| RICKEY DONNELL CUMMINGS, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL NO. W-18-CV-125-ADA |
| DIRECTOR, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | CASE INVOLVING THE DEATH PENALTY |
| Respondent. | § § | |

## PETITIONER'S ADVISORY REGARDING
## STATE COURT PROCEEDINGS

In its January 16, 2020 Order, this Court stayed all proceedings in Petitioner's cause and held the cause in abeyance so that Petitioner could file a subsequent state habeas corpus application in the appropriate state court. ECF No. 57. The Court instructed Petitioner's federal habeas counsel to file a subsequent state habeas application, and to file an advisory every 60 days thereafter, informing the Court of the status of Petitioner's application. *Id.*

Petitioner's subsequent state habeas corpus application was properly filed on March 13, 2020. It remains pending at this time, and there has been no judicial action taken. There is no other information about the proceeding available to counsel at this time.

DATED: November 6, 2020                Respectfully submitted,

*/s/ Lee B. Kovarsky*
LEE B. KOVARSKY
Phillips Black, Inc.
A Public Interest Law Practice
Texas Bar No. 24053310
500 West Baltimore, Room 436
Baltimore, Maryland 21201
434-466-8257
l.kovarsky@phillipsblack.org


MAUREEN FRANCO
FEDERAL PUBLIC DEFENDER

*/s/ Tivon Schardl*
TIVON SCHARDL
Capital Habeas Unit Chief
Florida Bar No. 73016
*/s/ Timothy Gumkowski*
TIMOTHY GUMKOWSKI
Assistant Federal Public Defender
Texas Bar No. 24104788
Federal Defender Office
919 Congress, Suite 950
Austin, Texas 78701
737-207-3007 (tel.)
512-499-1584 (fax)
Tivon_schardl@fd.org
Tim_gumkowski@fd.org

Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2020, I electronically filed the foregoing Petitioner's Advisory Regarding State Court Proceedings with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen M. Hoffman
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
Stephen.Hoffman@oag.texas.gov

*/s/ Timothy Gumkowski*
Timothy Gumkowski
