UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **RICKEY DONNELL CUMMINGS,** § <br> § <br> **Petitioner,** § <br> § <br> v. § <br> § <br> **ERIC GUERRERO, Director, Texas** § <br> **Department of Criminal Justice,** § <br> **Correctional Institutions Division,** § <br> § <br> **Respondent.** § | CIVIL NO. 6:18-cv-00125-ADA <br><br> CAPITAL HABEAS CASE |

## ORDER

Before the Court is Petitioner's Motion for Substitution of Counsel. In the motion, Petitioner moves the Court to allow Supervisory Assistant Federal Defender Kerry Levy of the Federal Community Defender Office for the Eastern District of Pennsylvania to replace Maureen Franco, Humphreys McGee, and Donna Coltharp of the Office of the Federal Public Defender for the Western District of Texas and Timothy Gumkowski of the Innocence Project as counsel for Petitioner in the instant case. Having considered the Motion [Dkt. 109] and the Response [Dkt. 110], the Court considers this request to be reasonable.

Accordingly, it is hereby **ORDERED** that Petitioner's Motion for Substitution of Counsel is **GRANTED**. Supervisory Assistant Federal Defender Kerry Levy is substituted as Counsel of Record for Petitioner in this matter. Federal Public Defender Maureen Franco; Assistant Federal Defenders Humphreys McGee and Donna Coltharp; and Timothy Gumkowski of the Innocence Project are withdrawn as counsel and will no longer be notified of related filings in this case.

**SIGNED** this 24th day of September, 2025.

_____
**ALAN D. ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**